UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JURGEN VAN STEENIS,**

    **Plaintiff,**

                                        Civil Action 2:14-cv-2013
    v.                                     Judge Algenon L. Marbley
                                        Magistrate Judge Elizabeth P. Deavers

**ERIC H. HOLDER, JR.,** *et al.***,**

    **Defendants.**

## **ORDER**

This matter is before the Court for consideration of the November 12, 2014, Report and Recommendation of the United States Magistrate Judge. (ECF No. 6.) The Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint under 28 U.S.C. § 1915(e)(2) for lack of jurisdiction.

In the Report and Recommendation, the Magistrate Judge specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 6, ECF No. 6.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report

and Recommendation (ECF No. 6.) and **DISMISSES** this action pursuant to Section 1915(e)(2) for lack of jurisdiction.  The Clerk is **DIRECTED** to enter judgment accordingly.

    **IT IS SO ORDERED**.

                                                             s/Algenon L. Marbley
                                                             **ALGENON L. MARBLEY**
                                                             **UNITED STATES DISTRICT COURT**

**DATED: January 27, 2015**